IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00519-BNB

EUGENE H. MATHISON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
FIVE JOHN/JANE DOES, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that the clerk of the Court mail to Plaintiff, in response to his April 21, 2010, request for his case status, a copy of the docket sheet for this action.
DATED April 26, 2010, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 26 2010

GREGORY C. LANGHAM
              CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00519-BNB

Eugene H. Mathison
Reg No. 07835-073
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226-5000

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on **4/26/10**

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk