IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 10-cv-00519-DME-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: October 7, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| EUGENE H. MATHISON, <br>     Plaintiff, | *Pro se (via phone)* |
| v. | |
| USA, *et al.*, <br>     Defendants. | Mark S. Pestal |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE
**Court in session:** 1:32 p.m.
Court calls case. Appearances of counsel. *Plaintiff appears pro se.*

Discussion regarding settlement. Mr. Pestal states he has recommended to the bureau that this case be resolved. Mr. Pestal requests an additional 30 days to finalize paperwork.

**ORDERED:** A Status Conference is set for **NOVEMBER 4, 2010 at 11:30 a.m. Mr. Mathison is directed to make arrangements with his case manager to participate in this conference telephonically, and to call the court at 303.844.2117 promptly at the scheduled time.** If a Stipulated Motion to Dismiss is filed prior to this conference, the court will vacate the status conference.

Discussion regarding the pending motions.

*The court provides clarification regarding Motion for Clarification of Decisions, doc #[44], therefore, it is:*
**ORDERED:** The Motion for Clarification of Decisions, doc #[44] is **DENIED AS MOOT**.

**ORDERED:** The Motion for Summary Judgment, doc #[35]; and Defendant's Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment, doc #[38] are **HELD IN ABEYANCE** until the Status Conference on November 4, 2010.

*For the reasons as stated on the record, it is:*
**ORDERED:** The Motion for the Court to Grant Summary Judgment, doc #[40] is **DENIED.**

*For the reasons as stated on the record, it is:*
**ORDERED:** The Motion to Deny Defendant's Motion for Extension of Time to Respond to Summary Judgment Motion, doc #[46] is **DENIED.**

HEARING CONCLUDED.
**Court in recess:** 1:53 p.m.
Total time in court: 00:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.