IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00519-DME-CBS

EUGENE H. MATHISON,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA, and
FEDERAL BUREAU OF PRISONS, et al.

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal. The Court has considered this subject stipulation and believes itself fully advised.

IT IS ORDERED THAT this civil action is dismissed with prejudice.  Each party shall pay its own costs and attorneys' fees.

Dated:  December 20, 2010

      BY THE COURT:

      *s/ David M. Ebel*

      UNITED STATES CIRCUIT JUDGE